IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| HENRY W. SKINNER, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:99-CV-0045 |
| § | ** Capital Litigant ** |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

### ORDER OVERRULING OBJECTIONS,
### ADOPTING REPORT AND RECOMMENDATION,
### and DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY

Came for consideration the application for a certificate of appealability filed by petitioner HENRY W. SKINNER, a state inmate under sentence of death. On June 14, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a certificate of appealability be denied. On June 29, 2007, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a certificate of appealability is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _2nd_ day of _July_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE